UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

FERNANDO D. LOPEZ GONZALEZ,

               Petitioner,              Case No. 1:25-cv-1296

v.                                    Honorable Robert J. Jonker

UNKNOWN WARDEN et al.,

               Respondents.

_____/

## ORDER

    Petitioner initiated this action on October 24, 2025, by filing a counseled petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an order entered on October 28, 2025, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 3.) However, on November 14, 2025, Petitioner filed a motion for voluntary dismissal (ECF No. 4), informing the Court that Petitioner had been released from custody on November 7, 2025, and requesting that the Court dismiss this action without prejudice.

    For the reasons set forth in the motion (ECF No. 4), the Court will dismiss Petitioner's § 2241 petition without prejudice as moot.

    **IT IS SO ORDERED.**


Dated:   November 26, 2025          /s/ Robert J. Jonker
                                            Robert J. Jonker
                                          United States District Judge